IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-01-N-0903-S |
| | ) | |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTERED**
MAR 21 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 8, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 20th day of March, 2002.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

